USCA1 Opinion

 

 [NOT FOR PUBLICATION NOT TO BE CITED AS PRECEDENT] United States Court of Appeals For the First CircuitNo. 98-2065 EDGAR SEPULVEDA, Petitioner, Appellant, v. UNITED STATES, Respondent, Appellee. APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE [Hon. Shane Devine, Senior District Judge] Before Lynch, Circuit Judge, Bownes, Senior Circuit Judge, and Lipez, Circuit Judge.     Edgar Sepulveda on brief pro se. Paul M. Gagnon, United States Attorney, and Peter E. Papps,Assistant U.S. Attorney, on Motion for Summary Disposition forappellee.June 16, 1999  Per Curiam. Having carefully reviewed the decision below in light of the briefs and the record on appeal, we find no prejudicial error nor abuse of discretion in the district court's denial of appellant's motion to set aside an earlier final judgment under Fed. R. Civ. P. 60(b)(6). Affirmed. See Loc. R. 27.1.